SAMUEL W. ALLEN ET AL. V. JAMES M. FOSTER.

CONFESSION OF ERROR.—Where defendant confesses error, the court will not at instance of plaintiff in error, decide questions of pleading which may be amended.

APPEAL from Harris. Tried below before the Hon. James Masterson.

*Likens & Stewart,* for plaintiffs in error.

*Baker & Botts,* for defendant in error.

ROBERTS, CHIEF JUSTICE.—The defendant confesses errors, and asks that the case may be reversed and remanded. The plaintiffs in error submit the case on briefs, and request the court to consider and pass upon the questions presented in the record. The question mainly argued in plaintiff's brief relates to the necessity of alleging a consideration to sustain a suit on the obligation contained in the petition. Whatever the court might decide might be immaterial, as upon the case being remanded, the petition might be amended. It is therefore more appropriate to decide questions upon which the case, as already made, must turn when presented on the facts, unless they arise upon a demurrer to pleadings in such way as to require a decision.

REVERSED AND REMANDED.